In the Matter of the Claim of HUGH DOHERTY, Respondent, v. GROW CONSTRUCTION COMPANY et al., Appellants, and WALSH, SENIOR, PALMER & CONNOLLY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

958

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.